UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>CHRISTOPHER WAYNE WADSWORTH,<br><br>Defendants. | 3:12-CR-0129-LRH-VPC<br><br>**ORDER** |

On December 18, 2012, the defendant was seen before this Court and ordered released on a personal recognizance bond once a bed becomes available at a treatment facility.

The Court has been informed by the Pretrial Services Officer that a bed will be available for the defendant at New Frontier in Fallon, Nevada on Thursday, December 20, 2012.

Therefore, the defendant is ordered released from custody on **Thursday, December 20, 2012** at **8:00 a.m.**, to the custody of Tony Dunbar of the Federal Public Defender's Office for immediate transport to New Frontier in Fallon, Nevada.

**IT IS SO ORDERED.**

DATED: December 19, 2012.

VALERIE P. COOKE
UNITED STATES MAGISTRATE JUDGE